

### 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. ~~828 830~~      DIV.

**TERRY CLARK AND KAREN CLARK**

### VERSUS

**JOHN DOE, J.H.O.C., INC., D/B/A PREMIER TRANSPORTATION, PROTECTIVE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

_____                     _____
**FILED**                                                    **DEPUTY CLERK**

---

### PETITION FOR DAMAGES

---

Petitioners, **TERRY CLARK** and **KAREN CLARK,** (hereinafter referred to as "Petitioners"), persons of the full age of majority and domiciliaries of the Parish of Orleans, State of Louisiana, respectfully aver that:

**I.**

Made Defendants herein are:

A)  **JOHN DOE,** (simply hereinafter referred to as "Defendant Driver") who at any and all pertinent times herein, was believed to be a person of the full age of majority, and an employee of JHOC, Inc., D/B/A Premier Transportation and at any and all relevant times herein was the driver of the JHOC, Inc., D/B/A Premier Transportation truck involved in the subject motor vehicle accident;

B)  **J.H.O.C., INC., D/B/A PREMIER TRANSPORTATION,** (simply hereinafter referred to as "JHOC") a foreign corporation registered and principally located in the State of Georgia, doing business in Louisiana, who at any and all pertinent times mentioned herein was the employer of **Defendant Driver;**

C)  **PROTECTIVE INSURANCE COMPANY,** (simply hereinafter referred to as "Protective Insurance") a foreign insurance company authorized to do and doing business in the State of Louisiana who at all relevant times mentioned herein provided a policy of liability insurance covering Defendant-Driver, JHOC, and the 18 wheeler owned by JHOC which was involved in the subject motor vehicle accident;

1

24th E-Filed: 06/01/2022 19:00 Case: 828830 Div:G Atty:023694 IRVY E COSSE III

EXHIBIT "A"

D)     **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, (simply hereinafter referred to as "State Farm") a foreign insurance company authorized to do and doing business in the State of Louisiana who at any and all pertinent times mentioned herein provided a policy of Uninsured/Underinsured coverage for the Petitioners.

**II.**

Petitioners aver that venue is proper in Jefferson Parish pursuant to Louisiana Code of Civil Procedure Article 74, which reads an action for recovery of damages for an offense or quasi offense may be brought in the parish where the wrongful conduct occurred, or in the parish where the damages were sustained. The wrongful conduct occurred and damages were sustained in Jefferson Parish.

**III.**

On or about February 8, 2022, Petitioner, **TERRY CLARK** was safely operating a 2015 Chrysler Fiat 500 traveling on Manhattan Blvd., under the Westbank Expressway, in the Parish of Jefferson, with his wife, **KAREN CLARK**, as a passenger.

**IV.**

Petitioners aver that suddenly and without warning the Defendant-Driver, who was operating a large 18-wheeler truck, owned by J.H.O.C., ran into the rear of Petitioners' vehicle, ultimately causing the accident which is the subject of this claim. The J.H.O.C. truck hit Petitioners with enough force to completely sever Petitioners' rear bumper from the vehicle.

**V.**

As a result of the above-described accident, which occurred through the sole fault of Defendant-Driver and not as a result of any fault on the part of Petitioners, Petitioners have both suffered severe and debilitating injuries.

**VI.**

Petitioners aver Defendant-Driver is liable for his own negligence under Article 2315 of the Louisiana Civil Code and for things in his care, custody, and control, namely the 18-wheeler truck owned by J.H.O.C. and under Article 2317 of the Louisiana Civil Code.

2

24th E-Filed: 06/01/2022 19:00 Case: 828830 Div:G Atty:023694 IRVY E COSSE III

**VII.**

Petitioners aver that Defendant Driver's Employer, **J.H.O.C.,** is the registered owner of the 18-wheeler truck being driven by Defendant-Driver and that Defendant-Driver was operating the vehicle with J.H.O.C.'s express knowledge, consent, and acquiescence.

**VIII.**

Petitioners aver J.H.O.C. is liable for the negligence of the Defendant-Driver, to whom permission was given to operate the company vehicle, as owner of the company and the company vehicle.

**IX.**

Petitioners aver that at the time of the accident Defendant-Driver was an employee of **J.H.O.C.,** and was acting in the course and scope of his employment and as such the liability of the Defendant-Driver is imputed and imputable to J.H.O.C. via the doctrine of *respondeat superior.*

**X.**

Petitioners aver that at all material times herein, **PROTECTIVE INSURANCE**, had in full force and effect a policy of liability insurance insuring the 18-wheeler truck driven by the Defendant-Driver and owned by J.H.O.C, and as such, the liability of Defendant-Driver and J.H.O.C. is imputed and imputable to **PROTECTIVE INSURANCE** by virtue of the terms and conditions of said policy.

**XI.**

Petitioners aver that at the time of the accident in question there was in full force and effect a policy of uninsured/underinsured motorist coverage issued by **STATE FARM**, which policy provided UM coverage for **TERRY CLARK** and **KAREN CLARK**, Petitioners herein, and in the event that the value of the damages sustained by the Petitioners exceeds the coverage amount provided by **PROTECTIVE INSURANCE**, that coverage be sought out from **STATE FARM**.

24th E-Filed: 06/01/2022 19:00 Case: 828830 Div:G Atty:023694 IRVY E COSSE III

**XII.**

Petitioners aver that the sole and proximate cause of the injuries and damages sustained by Petitioners was the individual, joint, solidary, concurrent and/or successive negligence of Defendants herein, which negligence includes but is not limited, to wit:

    a.   failure to maintain a proper look-out;

    b.   following too closely;

    c.   failure to observe Petitioner's vehicle in due time in order to avoid striking same;

    d.   failure to observe due caution;

    e.   driving in a careless and reckless manner;

    f.   failure to maintain control of his vehicle;

    g.   striking Petitioners' vehicle;

    h.   failure to exercise reasonable vigilance;

    i.   failure to observe lane usage laws;

    j.   failure to yield;

    k.   any and all other acts of negligence which may be proven at trial of this matter.

**XIII.**

Petitioners avers that as a result of the accident made subject of this litigation, Petitioners sustained the following non-exclusive damages to-wit:

    a.   Past, present and future pain and suffering;

    b.   Past, present and future medical expenses;

    c.   Past, present and future lost enjoyment of life; and

    d.   Any and all other damages which may be proven at the trial of this matter.

**XIV.**

At the trial of this matter, it shall be necessary to call upon expert witnesses to give testimony, and the cost of these experts should be taxed as costs of Court and paid by the Defendants.

4

24th E-Filed: 06/01/2022 19:00 Case: 828830 Div:G Atty:023694 IRVY E COSSE III

XV.

Petitioners aver amicable demand, to no avail.

**WHEREFORE,** Petitioners, **TERRY CLARK** and **KAREN CLARK**, prays that this Petition be filed and that Defendants, **JOHN DOE, J.H.O.C., INC., D/B/A PREMIER TRANSPORTATION, PROTECTIVE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** be duly cited and served with a copy of same, to appear and answer same and after due proceedings had, there be judgment herein in favor of Petitioners, **TERRY CLARK** and **KAREN CLARK**, and against Defendants, **JOHN DOE, J.H.O.C., INC., D/B/A PREMIER TRANSPORTATION, PROTECTIVE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, jointly, severally or ***in solido*** in an amount reasonably calculated to compensate Petitioners for their damages, together with legal interest thereon, from date of judicial demand until paid, all costs of the proceedings, and all general and equitable relief.

Respectfully submitted,

COSSÉ LAW FIRM, LLC

KATELYN N. DONNELLY #38194
IRVY E. COSSÉ, III #23694
1515 Poydras Street, Suite 900
New Orleans, Louisiana 70112
Telephone:  (504) 588-9500
Facsimile:  (504) 588-2114
Email: katelyn@cosselaw.com
***Attorney for Petitioners, Terry Clark and Karen Clark***

<u>**PLEASE SERVE:**</u>

**PROTECTIVE INSURANCE COMPANY**
Through its registered agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, La 70809

**State Farm Mutual Automobile Insurance Company**
Through its registered agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, La 70809

24th E-Filed: 06/01/2022 19:00 Case: 828830 Div:G Atty:023694 IRVY E COSSE III

**PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE:**

**J.H.O.C, INC., D/B/A PREMIER TRANSPORTATION**
Through its registered agent for service:
**Eric T. Johnson PC**
4390 Earney Rd., Suite 230,
Woodstock, GA, 30188

24th E-Filed: 06/01/2022 19:00 Case: 828830 Div:G Atty:023694 IRVY E COSSE III

6

**Angela P. Ingraffia**

| | |
|---|---|
| **From:** | Jamie <jamie@cosselaw.com> |
| **Sent:** | Thursday, June 2, 2022 10:15 AM |
| **To:** | Angela P. Ingraffia |
| **Cc:** | katelyn@cosselaw.com |
| **Subject:** | Re: FW: EFile Case: 828830 G |

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.**
Received. Thank you.

On Thu, Jun 2, 2022 at 8:48 AM Angela P. Ingraffia <aingraffia@jpclerkofcourt.us> wrote:

---

**From:** Angela P. Ingraffia <>
**Sent:** Thursday, June 2, 2022 8:47 AM
**To:** 'chip@cosselaw.com' <chip@cosselaw.com>; 'kayelyn@cosselaw.com' <kayelyn@cosselaw.com>
**Subject:** EFile Case: 828830 G

Please contact the civil filing department regarding the document: PFD 6.1.22 Clark.pdf e-filed on 6/1/2022 7:00:04 PM.

# *PLEASE CONFIRM RECEIPT VIA EMAIL TO AVOID A COURTESY CALL*

In order to further process the petition we will need a service check in the amount of $80.88 made payable to the EAST BATON ROUGE SHERIFF and a service check in the amount of $100.00 made payable to the SECRETARY OF STATE.

Thanks,


Angela P. Ingraffia
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

--

## Jamie Kulakowski

**Legal Assistant to Katelyn N. Donnelly**

**Cossé Law Firm, LLC**

**1515 Poydras Street, Suite 900**

**New Orleans, LA 70112**

**Phone: 504.588.9500   Fax: 504.588.2114**

**Email: jamie@cosselaw.com**