UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KAREN CLARK, ET AL.**                                **CIVIL ACTION**

**VERSUS**                                                    **NO. 22-2889**

**J.H.O.C., INC., ET AL.**                               **SECTION "B"(3)**

## ORDER AND REASONS

Before the Court is a "Motion in Limine to Limit Plaintiff's Experts to Four Corners of Report" ("Motion"), R. Doc. 47, filed by defendant J.H.O.C., Inc. ("Defendant"). The motion is unopposed. Having considered the motion, R. Doc. 47, memorandum in support, R. Doc. 47-1, applicable law, and this Court's Local Rules,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as unopposed, due to the absence of a timely filed response in opposition per this Court's Local Rules. *See* LR 7.5. **Further**, the motion has merit under Federal Rule of Civil Procedure 26 to limit expert opinions from **all parties** to the four corners of their respective reports, including timely supplementation of reports, disclosures and responses. *See* Fed. R. Civ. P. 26(a)(2)(3) and Fed. R. Civ. P. 26(e)(1)(2).

New Orleans, Louisiana this 9th day of August, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE